

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,114-01

### EX PARTE RONALD JAMES HAMILTON, JR.

### ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE NO. 901049-A IN THE 180TH DISTRICT COURT HARRIS COUNTY

*Per curiam.*

## O R D E R

This is a post-conviction application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071.

In 2002, a jury convicted applicant of the offense of capital murder and returned affirmative answers to the punishment issues submitted under Article 37.071.[1] The trial court, accordingly, set punishment at death. This Court affirmed applicant's conviction and

---

[1] Unless otherwise specified, all references to Articles refer to the Texas Code of Criminal Procedure.

sentence on direct appeal. *Hamilton v. State,* No. AP-74,523 (Tex. Crim. App. Oct. 13, 2004) (not designated for publication).

Applicant presents eleven allegations in his application in which he challenges the validity of his conviction and sentence. The trial court entered findings of fact and conclusions of law recommending that the relief sought be denied.

This Court has reviewed the record with respect to the allegations made by Applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review, we deny relief.

IT IS SO ORDERED THIS THE 24TH DAY OF JUNE, 2015.

Do Not Publish